ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| United Capital Investments Group, Inc. | ) ASBCA Nos. 62554, 62702 |
| | ) |
| Under Contract No. SPE605-18-D-9504 | ) |

APPEARANCE FOR THE APPELLANT:    Nick R. Hoogstraten, Esq.
    Peckar & Abramson, P.C.
    Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Alex M. Mayfield, Esq.
    Yevgeniy P. Malashenok, Esq.
    Trial Attorneys
    DLA Energy
    Fort Belvoir, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: April 1, 2022

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62554, 62702, Appeals of United Capital Investments Group, Inc., rendered in conformance with the Board's Charter.

Dated: April 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals